**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

2020 FEB 18 A 10: 22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: MC   DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Stacy Anne GRAHAM,<br><br>Defendant. | Case No. 20MJ0652<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony)<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Attempted Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

COUNT I

On or about February 17, 2020, within the Southern District of California, defendant, Stacy Anne GRAHAM, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

Janeht ORTIZ-Vasquez,

Santiago VELASCO-Hernandez, and

G.V.M.

had come to, entered or remained in the United States in violation of law, did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT II

On or about February 17, 2020, within the Southern District of California, defendant, Stacy Anne GRAHAM, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

> Artemio ORTIZ-Perez,
>
> C.P.C.,
>
> Francisco PEREZ-Zamora,
>
> M.S.B.,

had come to, entered or remained in the United States in violation of law, attempted to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
FEDERICO ESPINOZA
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY OF FEBRUARY, 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Stacy Anne GRAHAM

**STATEMENT OF FACTS**

The complainant states that this complaint is based upon statements in investigative reports by Border Patrol Agent (BPA) J. Martinponce that on February 17, 2020, Stacy Anne GRAHAM (GRAHAM), a United States citizen was arrested in El Centro, California, while transporting three undocumented aliens, and attempting to transport four undocumented aliens, in violation of Title 8, United States Code, Section 1324.

On February 17, 2020, BPAs J. Martin, A. Gaytan, N. Perry, L. Heipt, F. Zamora, S. Ley, and M. Clinton, who are assigned to the El Centro Sector Intelligence Unit, were conducting anti-smuggling duties within the El Centro Border Patrol Sector's Area of Responsibility. Agents were dressed in plain clothes and operating unmarked service vehicles in an attempt to covertly search for criminal activity.

At approximately 6:45 p.m., BPAs were notified of a red Subaru (Subaru) traveling east on Interstate 8 towards El Centro, California. BPAs became aware that the registered owner of the Subaru, GRAHAM, had been arrested for alien smuggling last year and may be involved or en-route to be involved in an alien smuggling scheme. The Intelligence Unit team drove to Interstate 8 to intercept the Subaru. At approximately 7:20 p.m., the Subaru passed Agent Clinton on Interstate 8 and near Seeley, California and his partners responded to assist with mobile surveillance. The Subaru drove into a motel in El Centro, California. GRAHAM got out of the Subaru and walked towards one of the rooms and

4

returned with two males and a female carrying backpacks. GRAHAM made hand gestures to the people in what appeared to be instructions for them to enter the Subaru. GRAHAM drove across the street to a grocery store and parked with her window down. BPAs decided to make contact with GRAHAM. BPAs walked up to the Subaru and identified themselves as BPAs while showing their badges. BPA Clinton asked GRAHAM who she had in the car with her and she said she didn't know them and was giving them a ride to get her boyfriend out of jail. BPAs Perry and Martin asked the people in the back seat if they were illegal aliens and the subjects stared forward. The agents repeated the question in Spanish and they nodded in the affirmative. GRAHAM was removed from the Subaru. An immigration interview was conducted on the subjects in the back seat. It was determined that all three of the individuals are citizens of Mexico without any immigration documents to legally enter or remain in the United States. The three passengers were later identified as

Janeht ORTIZ-Vasquez (ORTIZ-Vasquez),

Santiago VELASCO-Hernandez (VELASCO-Hernandez), and

G.V.M. (G.V.M.).

GRAHAM was determined to be a citizen of the United States. The three passengers were placed under arrest for being present in the United States illegally and GRAHAM was placed under arrest for alien smuggling.

Agent Clinton advised GRAHAM of her Miranda rights and asked if she was willing to speak without an attorney. GRAHAM said she wanted to cooperate and would help in

5

any way she could. GRAHAM was asked if there were more people in the motel room and she said there were three to four more people in the room. GRAHAM stated the subjects in the room may be illegal aliens. Agent Clinton relayed this information to Agents Heipt, Martin, and Ley who drove across the street to the motel lobby and confirmed the motel room was rented out to GRAHAM. GRAHAM was asked if she had the key to the motel room and she said it was in the visor on the driver side of the Subaru. Agent Clinton asked GRAHAM for consent to enter the room and she gave consent. Agent Clinton delivered the room key to Agent Heipt. BPAs entered the room and encountered four males later identified as

Artemio ORTIZ-Perez (ORTIZ-Perez),

C.P.C. (C.P.C.),

Francisco PEREZ-Zamora (PEREZ-Zamora), and

M.S.B. (M.S.B.).

The males in the room were determined to be illegal aliens from Mexico and were placed under arrest for being illegally present in the United States.

Everyone was transported to the Calexico Border Patrol station for further investigation and processing.

GRAHAM was read her rights per Miranda. GRAHAM stated she understood her rights and agreed to speak to agents without the presence of an attorney. GRAHAM stated she has smuggled illegal aliens successfully five or six times. GRAHAM stated that she works for a smuggler and that she is supposed to be paid $400 United States Dollars (USD)

6

per alien smuggled but that she is only paid $100 USD per alien due to a debt that she owes. GRAHAM stated that she utilizes her personal vehicle to smuggle aliens. GRAHAM stated that yesterday, February 16, 2019, she was instructed to pick up three illegal aliens in El Centro, California. GRAHAM stated that she took the illegal aliens to a motel in El Centro and rented a room for them. GRAHAM stated that she left the illegal aliens in the room and returned to Hesperia, California. GRAHAM was then instructed to return to El Centro, California and take the illegal aliens north. GRAHAM stated that she returned to pick up aliens and went to a local grocery store parking lot where Border Patrol Agents arrested her.

The Material Witnesses, ORTIZ-Vasquez, VELASCO-Hernandez, ORTIZ-Perez, C.P.C., and M.S.B., stated they were going to pay between $7,000 and $8,000 USD to be smuggled into the United States.

The Material Witnesses, ORTIZ-Vasquez, ORTIZ-Perez, and C.P.C., were shown a photographic lineup display and were able to identify photograph #3 as the woman that picked up the illegal aliens. Photograph #3 identifies GRAHAM.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Artemio ORTIZ-Perez | Mexico |
| Janeht ORTIZ-Vasquez | Mexico |
| C.P.C. | Mexico |
| Francisco PEREZ-Zamora | Mexico |
|  | Mexico |

7

| | |
|---|---|
| M.S.B. | Mexico |
| Santiago VELASCO-Hernandez | Mexico |
| G.V.M. | |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.